IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT 2 0 2020

CLERK, U.S. DISTRICT COURT
By _____
        Deputy
2:20-CR-60-Z-BR-(1)

UNITED STATES OF AMERICA        §
                                §
    Plaintiff,                  §
                                §
v.                              §
                                §
PATRICK DEJON FLEEKS            §
                                §
    Defendant.                  §

**ORDER ADOPTING REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

On October 5, 2020, the United States Magistrate Judge issued a Report and Recommendation

Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant

Patrick Dejon Fleeks filed no objections to the Report and Recommendation within the fourteen-day

period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of

record in the above referenced cause—including the elements of the offense, Factual Resume, Plea

Agreement, and Plea Agreement Supplement—and thereby determined that the Report and

Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the

United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant

Patrick Dejon Fleeks was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant

Patrick Dejon Fleeks; and ADJUDGES Defendant Patrick Dejon Fleeks guilty of Count One in

violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Sentence will be imposed in accordance with the

Court's sentencing scheduling order.

**SO ORDERED**, October _20_, 2020.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE